UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA RENTERIA GOMEZ,

                    Plaintiff,

v.                                              Case No. 24-11666
                                                Honorable Shalina D. Kumar
                                                Magistrate Judge David R. Grand
ROGERS et al.,

                    Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 31)

---

Joshua Renteria Gomez ("Gomez"), a *pro se* prisoner, filed this civil

rights action pursuant to 42 U.S.C. § 1983 action against numerous

defendants[1] bringing claims arising out of his custodial stay at the G.

Robert Cotton Correctional Facility ("JCF"). ECF No. 1. This action was

referred for all pretrial matters to the assigned magistrate judge. ECF No.

19.

---

[1] Gomez names the following defendants: Corrections Officer ("CO") John Rogers, CO Taron Brown, CO Aaron Burgess, CO Barry Lamb, CO Amanda Russel, Lt. Derek Gowdy, Lt. Timothy Johnson, Captain Shane Rennells, Assistant Resident Unit Supervisor ("ARUS") Christopher Young, and Prison Counselor ("PC") Jennifer Crane (collectively, the "MDOC Defendants"). ECF No. 1. Also named as defendants are JCF CO Winehouse and Sergeant Johnson, neither of whom have been served, and several JCF John/Jane Does.

The MDOC Defendants moved for partial summary judgment. ECF No. 24. The motion is fully briefed, ECF Nos. 26, 29, and the magistrate judge issued a Report and Recommendation (R&R). ECF No. 31. The R&R recommends that the Court grant the MDOC Defendants' motion, and recommends that Gomez's Prison Rape Elimination Act ("PREA") and excessive force claims against Lt. Gowdy and CO Lamb should survive and proceed.[2] The R&R also recommends that the Clerk of Court be directed to add Dr. John Doe as a defendant because Gomez's PREA and excessive force claims may apply equally to him. *Id.* It also recommends severing Gomez's claims against staff at the Macomb County Correctional Facility ("MRF") and the Saginaw Correctional Facility ("SRF").

The parties did not file objections to the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when

---

[2] The MDOC defendants acknowledge in their motion that Gomez exhausted his PREA sexual abuse and excessive force claims against Lt. Gowdy and CO Lamb and thus their motion does not seek dismissal of these claims. ECF No. 24, PageID.110-13.

neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 31), **GRANTS** the MDOC Defendants' motion for partial summary judgment (ECF No. 24), and **DISMISSES** all of Gomez's claims against CO Rodgers, CO Brown, CO Burgess, CO Russel, Lt. Johnson, Captain Rennells, ARUS Young, PC Crane, CO Unknown Winehouse, Sgt. Unknown Johnson, and John/Jane Does. The Court also **DISMISSES** Gomez's claims against Lt. Gowdy and CO Lamb other than the PREA sexual abuse and excessive force claims arising from the December 26, 2023 incident.

**IT IS ORDERED** that Gomez's PREA and excessive force claims against Lt. Gowdy and CO Lamb arising out of the December 26, 2023 incident shall proceed, and the Clerk of Court is **DIRECTED** to add Dr. John Doe as a defendant in this case.

**IT IS FURTHER ORDERED** that Gomez's claims against the MRF and SRF defendants are **SEVERED**. **Within thirty (30) days of the receipt of this order**, Gomez shall file new, separate complaints against the MRF defendants and the SRF defendants, respectively. Gomez must pay the filing fee or complete the Waiver of Prepayment of Filing Fee Form for each new complaint. These complaints shall be docketed with an original filing date of June 27, 2024.

**IT IS SO ORDERED.**

Dated: March 18, 2026

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge